# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| JUN SONG, | § |
| Plaintiff, | § |
| VS. | § |
| MICHAEL CHERTOFF, Secretary of the United States Department of Homeland Security, EMILIO GONZALES, Director of Citizenship and Immigration Services (USCIS), and ROBERT MUELLER, Director, Federal Bureau of Investigation (FBI), | § CIVIL ACTION NO. H-06-0665 |
| Defendants. | § |

## MEMORANDUM AND ORDER

Pending before the Court is the parties' joint stipulation of dismissal. After reviewing the motion, Docket No. 6, the Court finds that it should be and hereby is **GRANTED** and this case **DISMISSED**.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 5th day of April, 2006.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT.